UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

KEVIN ARORA,

                Plaintiff,

    - against -

BANK OF AMERICA, ET AL.,

                Defendants.
───────────────────────────────

22-cv-1402 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 25, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
          April 20, 2022

                                            John G. Koeltl
                                   United States District Judge